

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00324-CV

Madhavan A. **PISHARODI**, M.D., P.A.,
Appellant

v.

**UNITED BIOLOGICS, L.L.C,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosemarie Alvarado-Hawkins, Judge Presiding

## O R D E R

Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to February 06, 2019.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court